```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
  CRIMINAL DOCKET PARTY INFORMATION FOR CASE A99-0184--CR (JWS)
                 "USA V ROBERT JOHNSTON III"
                 DEF 1.1 JOHNSTON, ROBERT III
```

Including terminated defendants, excluding terminated counsel

```
      Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
      Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
               Filed:   12/15/99
              Closed:   08/29/00
   No. of Defendants:   1
       MJ Case Number:
                  AKA:  ROGER THAYER
      Location status:  U.S. Custody
          Trial date:   05/16/00
           Terminated:  YES
   Needs interpreter:   NO
     Counsel of record: Robert Johnston III
                        Pro Per: 14011-006
                        FCIS
                        POB 5000
                        Sheridan, OR 97378-5000
                        Serve: YES
                         Type: Waived or Self
                         Role: Appeal


PLF 1.1 UNITED STATES OF AMERICA

   Counsel of record: United States Attorney
                      222 W. 7th Avenue, #9
                      Anchorage, AK 99513
                      907-271-5071
                      Serve: YES
                       Type: Not specified
                       Role: Appeal
```

Counts re: DEF 1.1 JOHNSTON, ROBERT III

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 18:1956(a)(1)(A) ENGAGING IN FINANCIAL TRANSACTIONS TO PROMOTE MARIJUANA MANUFACTURING (F) | Sentenced (111-1) |
| 1 - 1 IND | 2 | 18:1956(a)(1)(A) ENGAGING IN FINANCIAL TRANSACTIONS TO PROMOTE MARIJUANA MANUFACTURING (F) | Sentenced (111-1) |
| 1 - 1 IND | 3 | 18:1956(a)(1)(A) ENGAGING IN FINANCIAL TRANSACTIONS TO PROMOTE MARIJUANA MANUFACTURING (F) | Sentenced (111-1) |
| 1 - 1 IND | 4 | 18:1956(a)(1)(A) ENGAGING IN FINANCIAL TRANSACTIONS TO PROMOTE MARIJUANA MANUFACTURING (F) | Sentenced (111-1) |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET PARTY INFORMATION FOR CASE A99-0184--CR (JWS)
                            "USA V ROBERT JOHNSTON III"
                            DEF 1.1 JOHNSTON, ROBERT III

              Including terminated defendants, excluding terminated counsel


   1 -    1 IND    5      18:1956(a)(1)(A) ENGAGING IN FINANCIAL         Sentenced
                          TRANSACTIONS TO PROMOTE MARIJUANA MANUFACTURING (111-1)
                          (F)

   1 -    1 IND    6      18:1956(a)(1)(A) ENGAGING IN FINANCIAL         Sentenced
                          TRANSACTIONS TO PROMOTE MARIJUANA MANUFACTURING (111-1)
                          (F)

   1 -    1 IND    7      18:1956(a)(1)(A) ENGAGING IN FINANCIAL         Sentenced
                          TRANSACTIONS TO PROMOTE MARIJUANA MANUFACTURING (111-1)
                          (F)

   1 -    1 IND    8      18:1956(a)(1)(A) ENGAGING IN FINANCIAL         Sentenced
                          TRANSACTIONS TO PROMOTE MARIJUANA MANUFACTURING (111-1)
                          (F)

   1 -    1 IND    9      18:1956(a)(1)(A) ENGAGING IN FINANCIAL         Sentenced
                          TRANSACTIONS TO PROMOTE MARIJUANA MANUFACTURING (111-1)
                          (F)

   1 -    1 IND   10      18:1956(a)(1)(A) ENGAGING IN FINANCIAL         Sentenced
                          TRANSACTIONS TO PROMOTE MARIJUANA MANUFACTURING (111-1)
                          (F)

   1 -    1 IND   11      18:1956(a)(1)(A) ENGAGING IN FINANCIAL         Sentenced
                          TRANSACTIONS TO PROMOTE MARIJUANA MANUFACTURING (111-1)
                          (F)

   1 -    1 IND   12      18:1956(a)(1)(A) ENGAGING IN FINANCIAL         Sentenced
                          TRANSACTIONS TO PROMOTE MARIJUANA MANUFACTURING (111-1)
                          (F)

   1 -    1 IND   13      18:1956(a)(1)(A) ENGAGING IN FINANCIAL         Sentenced
                          TRANSACTIONS TO PROMOTE MARIJUANA MANUFACTURING (111-1)
                          (F)

   1 -    1 IND   14      18:1956(a)(1)(A) ENGAGING IN FINANCIAL         Sentenced
                          TRANSACTIONS TO PROMOTE MARIJUANA MANUFACTURING (111-1)
                          (F)

   1 -    1 IND   15      18:1956(a)(1)(A) ENGAGING IN FINANCIAL         Sentenced
                          TRANSACTIONS TO PROMOTE MARIJUANA MANUFACTURING (111-1)
                          (F)

   1 -    1 IND   16      18:1956(a)(1)(A) ENGAGING IN FINANCIAL         Sentenced
                          TRANSACTIONS TO PROMOTE MARIJUANA MANUFACTURING (111-1)
                          (F)

   1 -    1 IND   17      18:1956(a)(1)(A) ENGAGING IN FINANCIAL         Sentenced
                          TRANSACTIONS TO PROMOTE MARIJUANA MANUFACTURING (111-1)
                          (F)
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CRIMINAL DOCKET PARTY INFORMATION FOR CASE A99-0184--CR (JWS)
                                    "USA V ROBERT JOHNSTON III"
                                    DEF 1.1 JOHNSTON, ROBERT III

                      Including terminated defendants, excluding terminated counsel


   1 -    1 IND   18       18:1956(a)(1)(A) ENGAGING IN FINANCIAL                 Sentenced
                           TRANSACTIONS TO PROMOTE MARIJUANA MANUFACTURING        (111-1)
                           (F)

   1 -    1 IND   19       18:1956(a)(1)(A) ENGAGING IN FINANCIAL                 Sentenced
                           TRANSACTIONS TO PROMOTE MARIJUANA MANUFACTURING        (111-1)
                           (F)

   1 -    1 IND   20       18:1956(a)(1)(A) ENGAGING IN FINANCIAL                 Sentenced
                           TRANSACTIONS TO PROMOTE MARIJUANA MANUFACTURING        (111-1)
                           (F)

   1 -    1 IND   21       18:1956(a)(1)(A) ENGAGING IN FINANCIAL                 Sentenced
                           TRANSACTIONS TO PROMOTE MARIJUANA MANUFACTURING        (111-1)
                           (F)

   1 -    1 IND   22       18:1956(a)(1)(A) ENGAGING IN FINANCIAL                 Sentenced
                           TRANSACTIONS TO PROMOTE MARIJUANA MANUFACTURING        (111-1)
                           (F)

   1 -    1 IND   23       18:1956(a)(1)(A) ENGAGING IN FINANCIAL                 Sentenced
                           TRANSACTIONS TO PROMOTE MARIJUANA MANUFACTURING        (111-1)
                           (F)

   1 -    1 IND   24       18:1956(a)(1)(A) ENGAGING IN FINANCIAL                 Sentenced
                           TRANSACTIONS TO PROMOTE MARIJUANA MANUFACTURING        (111-1)
                           (F)

   1 -    1 IND   25       18:1956(a)(1)(A) ENGAGING IN FINANCIAL                 Sentenced
                           TRANSACTIONS TO PROMOTE MARIJUANA MANUFACTURING        (111-1)
                           (F)

   1 -    1 IND   26       18:1956(a)(1)(B) ENGAGING IN FINANCIAL                 Sentenced
                           TRANSACTIONS INVOLVING THE PROCEEDS OF MARIJUANA       (111-1)
                           MANUFACTURING & TRAFFICKING (F)

   1 -    1 IND   27       18:1956(a)(1)(B) ENGAGING IN FINANCIAL                 Sentenced
                           TRANSACTIONS INVOLVING THE PROCEEDS OF MARIJUANA       (111-1)
                           MANUFACTURING & TRAFFICKING (F)

   1 -    1 IND   28       18:1956(a)(1)(B) ENGAGING IN FINANCIAL                 Sentenced
                           TRANSACTIONS INVOLVING THE PROCEEDS OF MARIJUANA       (111-1)
                           MANUFACTURING AND TRAFFICKING (F)

   1 -    1 IND   29       18:1956(a)(1)(B) ENGAGING IN FINANCIAL                 Sentenced
                           TRANSACTIONS INVOLVING THE PROCEEDS OF MARIJUANA       (111-1)
                           MANUFACTURING AND TRAFFICKING (F)

   1 -    1 IND   30       18:1956(a)(1)(B) ENGAGING IN FINANCIAL                 Sentenced
                           TRANSACTIONS INVOLVING THE PROCEEDS OF MARIJUANA       (111-1)
                           MANUFACTURING AND TRAFFICKING (F)
```

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CRIMINAL DOCKET PARTY INFORMATION FOR CASE A99-0184--CR (JWS)
                                     "USA V ROBERT JOHNSTON III"
                                    DEF 1.1 JOHNSTON, ROBERT III

                     Including terminated defendants, excluding terminated counsel


   1 -    1 IND   31       18:1956(a)(1)(B) ENGAGING IN FINANCIAL            Sentenced
                           TRANSACTIONS INVOLVING THE PROCEEDS OF MARIJUANA  (111-1)
                           MANUFACTURING AND TRAFFICKING (F)

   1 -    1 IND   32       18:1956(a)(1)(B) ENGAGING IN FINANCIAL            Sentenced
                           TRANSACTIONS INVOLVING THE PROCEEDS OF MARIJUANA  (111-1)
                           MANUFACTURING AND TRAFFICKING (F)

   1 -    1 IND   33       18:1956(a)(1)(B) ENGAGING IN FINANCIAL            Sentenced
                           TRANSACTIONS INVOLVING THE PROCEEDS OF MARIJUANA  (111-1)
                           MANUFACTURING AND TRAFFICKING (F)

   1 -    1 IND   34       18:1956(a)(1)(B) ENGAGING IN FINANCIAL            Sentenced
                           TRANSACTIONS INVOLVING THE PROCEEDS OF MARIJUANA  (111-1)
                           MANUFACTURING AND TRAFFICKING (F)

   1 -    1 IND   35       18:1956(a)(1)(B) ENGAGING IN FINANCIAL            Sentenced
                           TRANSACTIONS INVOLVING THE PROCEEDS OF MARIJUANA  (111-1)
                           MANUFACTURING AND TRAFFICKING (F)

   1 -    1 IND   36       18:1956(a)(1)(B) ENGAGING IN FINANCIAL            Sentenced
                           TRANSACTIONS INVOLVING THE PROCEEDS OF MARIJUANA  (111-1)
                           MANUFACTURING AND TRAFFICKING (F)

   1 -    1 IND   37       18:1956(a)(1)(B) ENGAGING IN FINANCIAL            Sentenced
                           TRANSACTIONS INVOLVING THE PROCEEDS OF MARIJUANA  (111-1)
                           MANUFACTURING AND TRAFFICKING (F)

   1 -    1 IND   38       18:1956(a)(1)(B) ENGAGING IN FINANCIAL            Sentenced
                           TRANSACTIONS INVOLVING THE PROCEEDS OF MARIJUANA  (111-1)
                           MANUFACTURING AND TRAFFICKING (F)

   1 -    1 IND   39       18:1956(a)(1)(B) ENGAGING IN FINANCIAL            Sentenced
                           TRANSACTIONS INVOLVING THE PROCEEDS OF MARIJUANA  (111-1)
                           MANUFACTURING AND TRAFFICKING (F)

   1 -    1 IND   40       18:1956(a)(1)(B) ENGAGING IN FINANCIAL            Sentenced
                           TRANSACTIONS INVOLVING THE PROCEEDS OF MARIJUANA  (111-1)
                           MANUFACTURING AND TRAFFICKING (F)

   1 -    1 IND   41       18:1956(a)(1)(B) ENGAGING IN FINANCIAL            Sentenced
                           TRANSACTIONS INVOLVING THE PROCEEDS OF MARIJUANA  (111-1)
                           MANUFACTURING AND TRAFFICKING (F)

   1 -    1 IND   42       18:1956(a)(1)(B) ENGAGING IN FINANCIAL            Sentenced
                           TRANSACTIONS INVOLVING THE PROCEEDS OF MARIJUANA  (111-1)
                           MANUFACTURING AND TRAFFICKING (F)

   1 -    1 IND   43       18:1956(a)(1)(B) ENGAGING IN FINANCIAL            Sentenced
                           TRANSACTIONS INVOLVING THE PROCEEDS OF MARIJUANA  (111-1)
                           MANUFACTURING AND TRAFFICKING (F)
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET PARTY INFORMATION FOR CASE A99-0184--CR (JWS)
                              "USA V ROBERT JOHNSTON III"
                              DEF 1.1 JOHNSTON, ROBERT III

              Including terminated defendants, excluding terminated counsel


    1 -    1 IND    44       18:1956(a)(1)(B) ENGAGING IN FINANCIAL              Sentenced
                             TRANSACTIONS INVOLVING THE PROCEEDS OF MARIJUANA    (111-1)
                             MANUFACTURING AND TRAFFICKING (F)

    1 -    1 IND    45       18:1956(a)(1)(B) ENGAGING IN FINANCIAL              Sentenced
                             TRANSACTIONS INVOLVING THE PROCEEDS OF MARIJUANA    (111-1)
                             MANUFACTURING AND TRAFFICKING (F)

    1 -    1 IND    46       18:1956(a)(1)(B) ENGAGING IN FINANCIAL              Sentenced
                             TRANSACTIONS INVOLVING THE PROCEEDS OF MARIJUANA    (111-1)
                             MANUFACTURING AND TRAFFICKING (F)

    1 -    1 IND    47       18:1956(a)(1)(B) ENGAGING IN FINANCIAL              Sentenced
                             TRANSACTIONS INVOLVING THE PROCEEDS OF MARIJUANA    (111-1)
                             MANUFACTURING AND TRAFFICKING (F)

    1 -    1 IND    48       18:1956(a)(1)(B) ENGAGING IN FINANCIAL              Sentenced
                             TRANSACTIONS INVOLVING THE PROCEEDS OF MARIJUANA    (111-1)
                             MANUFACTURING AND TRAFFICKING (F)

    1 -    1 IND    49       18:1956(a)(1)(B) ENGAGING IN FINANCIAL              Sentenced
                             TRANSACTIONS INVOLVING THE PROCEEDS OF MARIJUANA    (111-1)
                             MANUFACTURING AND TRAFFICKING (F)
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE A99-0184--CR (JWS)
                           "USA V ROBERT JOHNSTON III"

                                 For all filing dates


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
             Filed: 12/15/99
            Closed: 08/29/00
No. of Defendants: 1


 Document #   Filed      Docket text

      1 -  1  12/15/99   [Re: DEF 1] PLF 1 Indictment.

      2 -  1  12/15/99   [Re: DEF 1] AHB Grand Jury Minutes held 12/15/99: bail set at $15,000
                         cash or surety; summons to be issued; set for arr & notify USM.

   NOTE -  1  12/16/99   Issued: summons re: def R. Johnston.

      3 -  1  12/16/99   [Re: DEF 1] AHB Minute Order setting arr for 2:00 p.m., 01/25/00 before
                         MJ Branson.  cc: USA, DEF via USM, PO, USM

      4 -  1  12/21/99   Return of summons executed 12/20/99.

      5 -  1  01/18/00   [Re: DEF 1] AHB Minute Order that in order to accommodate the court's
                         calender, arr on Indt previously scheduled for 1/25/00 is VACATED and
                         RESET to 2:00 p.m., 1/26/00.  cc: USA, P. Scott, USM, PO

      6 -  1  01/27/00   [Re: DEF 1] AHB Court Minutes [ECR: Linda Christensen] of arr on Indt
                         (held 1/26/00); crt entered not guilty plea on behalf of def; bond set
                         at $25,000 unsecured; USA's oral request for extension of time to file
                         responses to any def mots denied; status of cnsl hrg set 1/28/00 at 3:30
                         p.m.; representative of FPD requested to be present.  cc: USA, FPD, USM,
                         PO

      7 -  1  01/28/00   [Re: DEF 1] AHB Order regarding preparation for trial; ptms due 2/11/00.
                         cc: USA, FPD (as friend of the court)

      8 -  1  01/28/00   [Re: DEF 1] Appearance bond; bond set at $25,000 unsecured.

      9 -  1  01/28/00   [Re: DEF 1] Order setting conditions of release; bond set at $25,000.
                         cc: USA, FPD (as Friend of the Court), USM, PO

     10 -  1  01/31/00   [Re: DEF 1] AHB Court Minutes [ECR: Roy Van Hollebeke] of status of cnsl
                         hrg (held 1/28/00); def cnsl to file entry of appearance NLT 1/31/00;
                         conditions of release revoked; def detained.

     11 -  1  01/31/00   [Re: DEF 1] AHB Order of Detention Pending Trial.  cc: USA, K. Bretz,
                         USM, PO

     12 -  1  01/31/00   DEF 1 Attorney Appearance of K. Bretz.

   NOTE -  2  02/01/00   Issued: Notice re: Speedy Trial Act ddlns.

     13 -  1  02/04/00   [Re: DEF 1] JWS Minute Order setting TBJ for 04/03/00 at 9:00 a.m. &
                         FPTC for 04/03/00 at 8:30 a.m. cc: USA, K. Bretz, USM, PO, MJ Branson,
                         JC

     14 -  1  02/11/00   DEF 1 motion for extension of time until 03/11/00 to file pretrial
                         motions w/att aff.


ACRS: R_RDSDX            As of 12/27/05 at 09:10 AM by GARRY                        Page 1
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE A99-0184--CR (JWS)
                                   "USA V ROBERT JOHNSTON III"

                                       For all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 15 - | 1 | 02/14/00 | DEF 1 motion for disclosure & production of 404(b) evidence. |
| 16 - | 1 | 02/14/00 | DEF 1 motion for preservation of all evidence & for disclosure. |
| 17 - | 1 | 02/14/00 | DEF 1 motion for early disclosure of Jencks Act material. |
| 18 - | 1 | 02/14/00 | DEF 1 motion for order requiring government agents to retain rough notes & field notes. |
| 19 - | 1 | 02/14/00 | DEF 1 motion for production of discovery. |
| 20 - | 1 | 02/15/00 | [Re: DEF 1] AHB Minute Order that plf has failed to comply w/the court's order re: preparation for trial (7-1); plf to file certificate of discovery and show cause why original ddln was not complied w/by COB 2/18/00.  cc: USA, K. Bretz |
| 21 - | 1 | 02/15/00 | [Re: DEF 1] AHB Minute Order that hrg re: def's mot (14-1) is set 2:00 p.m., 2/16/00.  cc: USA, K. Bretz, USM, PO |
| 22 - | 1 | 02/15/00 | [Re: DEF 1] PLF 1 Certification of discovery. |
| 23 - | 1 | 02/16/00 | DEF 1 Motion to extend trial date w/att stipulated agreement to motion for extension of time to file pretrial motions and motion to extend trial date. |
| 24 - | 1 | 02/17/00 | [Re: DEF 1] JWS Order granting continuance of trial. The 4/3/00 FPTC & TBJ are rescheduled to commence at 8:30am & 9:00am respectively,on 5/3/00. cc:USA, K. Bretz, USM, PO, MJ Branson, JC |
| 25 - | 1 | 02/17/00 | [Re: DEF 1] AHB Minute Order granting motion for extension of time until 03/11/00 to file pretrial motions (14-1); PTMs due by COB 03/13/00.  cc: USA, K. Bretz |
| 26 - | 1 | 02/18/00 | [Re: DEF 1] AHB Court Minutes [ECR: Bonnie Boyer] of hrg re: def's mot for extension of time (14-1) (held 2/16/00); matter taken under advisement; crt directed plf to file oppos to pending def mots by 2/24/00.  cc: USA, K. Bretz |
| 27 - | 1 | 02/18/00 | [Re: DEF 1] PLF 1 motion to continue trial from 05/03/00 to 05/22/00. |
| 27 - | 2 | 02/18/00 | [Re: DEF 1] PLF 1 motion for shortened time. |
| 28 - | 1 | 02/22/00 | [Re: DEF 1] JWS Minute Order granting motion for shortened time (27-2); denying w/o prejudice to renewal if the mot can be supported by citation to relevant authorities motion to continue trial from 05/03/00 to 05/22/00 (27-1); if govt counsel takes the position that def cnsl's representation was false (see supporting papers filed w/mot at docket 23), then the court will entertain a mot to reconsider its order at docket 24, which set the 5/3/00 trial date.  cc: USA, K. Bretz, USM, PO, MJ Branson |
| 29 - | 1 | 02/22/00 | DEF 1 motion for order directing copies be made at public expense w/att exh. |
| 30 - | 1 | 02/24/00 | [Re: DEF 1] PLF 1 conditional oppo to DEF 1 motion for order directing copies be made at public expense (29-1). |

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A99-0184--CR (JWS)
                            "USA V ROBERT JOHNSTON III"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 31 - 1 | 02/24/00 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion for disclosure & production of 404(b) evidence. (15-1), DEF 1 motion for early disclosure of Jencks Act material (17-1). |
| 32 - 1 | 02/24/00 | [Re: DEF 1] PLF 1 response to DEF 1 motion for production of discovery (19-1) w/att memo & exhs. |
| 33 - 1 | 02/24/00 | [Re: DEF 1] PLF 1 response to DEF 1 motion for preservation of all evidence & for disclosure (16-1). |
| 34 - 1 | 02/24/00 | [Re: DEF 1] PLF 1 conditional non-opposition to DEF 1 motion for order requiring government agents to retain rough notes & field notes (18-1). |
| 35 - 1 | 03/07/00 | [Re: DEF 1] AHB Order granting/denying as stated order re: motion for preservation of all evidence & for disclosure (16-1).  cc: USA, K. Bretz |
| 36 - 1 | 03/07/00 | [Re: DEF 1] AHB Order granting motion for order requiring government agents to retain rough notes & field (18-1).  cc: USA, K. Bretz |
| 37 - 1 | 03/07/00 | DEF 1 Affidavit of indigence re: DEF 1 motion for order directing copies be made at public (29-1). |
| 38 - 1 | 03/09/00 | [Re: DEF 1] AHB Order denying motion for disclossure & production of 404(b) evidence (15-1), motion for early disclosure of Jencks Act material (17-1); granting/denying as stated re: motion for production of discovery (19-1).  cc: USA, K. Bretz |
| 39 - 1 | 03/09/00 | [Re: DEF 1] AHB Minute Order denying motion for orer directing copies be made at public expense and request for sequential numbering (29-1).  cc: USA, K. Bretz |
| 40 - 1 | 03/10/00 | DEF 1 motion for an extension of time to file pretrial motions for an additional 30 days w/att exhs. |
| 41 - 1 | 03/10/00 | DEF 1 motion for an order granting production of discovery, for access to discovery for safekeeping & storage of discovery, and/or for limited release of defendant. |
| 42 - 1 | 03/10/00 | DEF 1 motion to extend trial date w/att exh. |
| 43 - 1 | 03/13/00 | [Re: DEF 1] AHB Minute Order denying motion for an extension of time to file pretrial motions for an additional (40-1); crt will, sua sponte, review def's mot for ext of time if judge Sedwick assigns new trial date.  cc: USA, K. Bretz |
| 44 - 1 | 03/13/00 | DEF 1 motion for reconsideration for an extension of time to file pretrial motions. |
| 45 - 1 | 03/13/00 | DEF 1 motion for reconsideration for an order of the court directing copies to be made at public expense. |
| 46 - 1 | 03/13/00 | DEF 1 motion (renewal) of motion for an extension of time to file pretrial motions. |
| 47 - 1 | 03/14/00 | [Re: DEF 1] AHB Order denying motion for an order granting production of discovery, for access to discovery (41-1), motion for reconsideration (44-1), motion for reconsideration (45-1), motion (renewal) of motion |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CRIMINAL DOCKET ENTRIES FOR CASE A99-0184--CR (JWS)
                                  "USA V ROBERT JOHNSTON III"
```

| | For all filing dates |
|---|---|

| Document # | Filed | Docket text |
|---|---|---|
| | | for an extension of time to file pretrial motions (46-1). cc: USA, K. Bretz |
| 48 - 1 | 03/15/00 | [Re: DEF 1] PLF 1 opposition (response) to DEF 1 motion for order directing copies be made at public expense (29-1) w/att exhs. |
| 49 - 1 | 03/20/00 | [Re: DEF 1] PLF 1 Notice of intent per rule 12(d)(2) w/att exhs. |
| 50 - 1 | 03/27/00 | [Re: DEF 1] JWS Minute Order denying motion to extend trial date (42-1). cc: USA, K. Bretz |
| 51 - 1 | 03/28/00 | [Re: DEF 1] PLF 1 Supplement to Rul 12(d)(2) notice (49-1) w/att exh. |
| 52 - 1 | 03/28/00 | DEF 1 motion for reconsideration of defendant's indigence status w/att memo. |
| 53 - 1 | 03/29/00 | [Re: DEF 1] AHB Minute Order denying motion for reconsideration of defendant's indigence status (52-1). cc: USA, K. Bretz |
| 54 - 1 | 03/30/00 | [Re: DEF 1] PLF 1 Demand for Notice Pursuant to Rules 12.1, 12.2 and 12.3; request for discovery pursuant to Rule 16(b). |
| 55 - 1 | 04/12/00 | [Re: DEF 1] PLF 1 Proposed Jury Instructions. |
| 56 - 1 | 04/13/00 | [Re: DEF 1] PLF 1 Trial Brief. |
| 57 - 1 | 04/17/00 | [Re: DEF 1] JWS Order of excludable delay re: mot (dkt 14) from 2/11/00 to 2/17/00 for total of 7 days (Code E). |
| 58 - 1 | 04/17/00 | [Re: DEF 1] JWS Order of excludable delay re: mot (dkt 15) from 2/14/00 to 3/9/00 for a total of 25 days (Code E). |
| 59 - 1 | 04/17/00 | [Re: DEF 1] JWS Order of excludable delay re: mot (dkt 42) from 3/10/00 to 3/27/00 for a total of 18 days (Code E). |
| 60 - 1 | 04/17/00 | [Re: DEF 1] JWS Order of excludable delay re: mot (dkt 52) from 3/28/00 to 3/29/00 for a total of 2 days (Code E). |
| 61 - 1 | 04/19/00 | [Re: DEF 1] PLF 1 motion (ex parte) [application] for order to disclose tax returns and return informtion. |
| 61 - 2 | 04/19/00 | [Re: DEF 1] PLF 1 motion (ex parte) (application) on shortened time re: application to disclose tax return. |
| 62 - 1 | 04/20/00 | [Re: DEF 1] JWS Order granting motion [application] for order to disclose tax returns and return informtion (61-1), motion (application) on shortened time re: application to disclose tax (61-2). cc: USA, MJ Branson |
| 63 - 1 | 04/24/00 | [Re: DEF 1] PLF 1 Proposed Voir Dire. |
| 64 - 1 | 04/25/00 | [Re: DEF 1] PLF 1 motion (application) to use DEPS at trial set for 05/03/00 . |
| 64 - 2 | 04/25/00 | [Re: DEF 1] JWS Order granting motion (application) to use DEPS at trial set for 05/03/00 (64-1). cc: USA, K. Bretz, ECR, Deps Clerk, John |
| 65 - 1 | 04/26/00 | [Re: DEF 1] JWS Minute Order case was re-assigned to Judge Fitzgerald and is now re-assigned back to Judge Sedwick for all purposes; FPTC is |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET ENTRIES FOR CASE A99-0184--CR (JWS)
                            "USA V ROBERT JOHNSTON III"
```

| | | For all filing dates |

| Document # | Filed | Docket text |
|---|---|---|
| | | continued to 8:30 a.m. 5/16/00 & Trial contiuned to 9:00 a.m. 5/16/00. cc: USA, K. Bretz, USM, USPO, MJ Branson, Judge Fitzgerald, JC |
| 66 - 1 | 04/27/00 | [Re: DEF 1] JWS Minute Order that by agreement of the judges trial and any post-trial proceedings which may be necessary are reassigned to Judge Fitzgerald; FPTC and TBJ will be held as presently set w/Judge Fitzgerald presiding.  cc: USA, K. Bretz, USM, PO, JC, MJ Branson |
| 67 - 1 | 04/27/00 | [Re: DEF 1] JWS Order of excludable delay re #61 of 4/19/00 to 4/20/00 for 2 days (code E). |
| 68 - 1 | 04/27/00 | [Re: DEF 1] PLF 1 motion to strike frivolous pleading (re: 71-1). |
| 68 - 2 | 04/27/00 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to dismiss charges & indictment for lack of jurisdiction (71-1). |
| 69 - 1 | 04/28/00 | [Re: DEF 1] Clerk's Notice for clarity of the record the FPTC and TBJ scheduled for 5/16/00 will be conducted by Judge Sedwick.  cc: USA, K. Bretz, USM, PO, JC, MJ Branson, Judge Fitzgerald |
| 70 - 1 | 04/28/00 | DEF 1 Notice of filing mot to dismiss charges & indictment for lack of jurisdiction & motion to suspend all proceedings pending dispo of mot to dismiss. |
| 71 - 1 | 04/28/00 | DEF 1 motion to dismiss charges & indictment for lack of jurisdiction w/att memo. |
| 72 - 1 | 04/29/00 | [Re: DEF 1] AHB Minute Order striking def's notice of filing motion to dismiss charges and indictment for lack of jurisdiction and motion to suspend all proceedings pending disposition of the motion to dismiss (70-1) motion to dismiss charges & indictment for lack of jurisdiction (71-1); govt's mot to strike frivolous pleading and opposition to motion to dismiss for lack of jurisdiction (69) deemed moot; clerk directed to return original and cys of dockets 70 and 71 to cnsl for def w/att cy of MOs @ 25 and 43 and Order @ 47.  cc: USA, K. Bretz (w/original and cy of 70 and 71) |
| 73 - 1 | 05/04/00 | DEF 1 motion for reconsideration of order to strike w/att memo. |
| 74 - 1 | 05/05/00 | [Re: DEF 1] AHB Order granting motion for reconsideration of order to strike (73-1); crt's MO (72-1) is VACATED; plf's mot to strike def's mot to dismiss as frivolous is GRANTED; clerk is again ordered to strike def's mot to dismiss charges (71-1) and mot to suspend proceedings pending disposition of mot to dismiss (70-1).  cc: USA, K. Bretz |
| 75 - 1 | 05/09/00 | DEF 1 motion for reconsideration of order to strike & memorandum in support and motion to suspend all proceedings pending disposition of the motion to dismiss. |
| 76 - 1 | 05/11/00 | [Re: DEF 1] AHB Order granting motion for reconsideration of order to strike & memorandum in support (75-1); reinstating motion to dismiss charges & indictment for lack of jurisdiction (71-1); crt will issue a R&R re: def's mot forthwith; this court does not have the authority to stay further proceedings pending final resolution of the motion.  cc: cnsl, Judge Sedwick |
| 77 - 1 | 05/11/00 | Initial R&R recommends GRANTING RE: PLF 1 motion to strike frivolous pleading (re: 71-1). (68-1). Objections due NOON 05/12/00. Reply due NOON 05/15/00; clerk directed to forward any obj/responses directly to |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A99-0184--CR (JWS)
                            "USA V ROBERT JOHNSTON III"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | the trial judge for determination.  cc: USA, K. Bretz, Judge Sedwick |
| 77 - 2 | 05/11/00 | Initial R&R recommends STRIKING as frivolous: DEF 1 motion to dismiss charges & indictment for lack of jurisdiction (71-1). Objections due NOON 05/12/00. Reply due NOON 05/15/00; clerk directed to forward any obj/responses directly to the trial judge for determination. cc: USA, K. Bretz, Judge Sedwick |
| 78 - 1 | 05/11/00 | [Re: DEF 1] AHB Minute Order that in light of this crt's order (76-1) clerk' is directed to place cys of docket 70 and 71 which were retained by the court into the original file as docket 70 and 71; clerk is further directed to fax cys of docket 76, 77 and this MO on cnsl for def.  cc: USA, K. Bretz |
| 79 - 1 | 05/12/00 | DEF 1 objection to R&R re: [Re: DEF 1] PLF 1 motion to strike frivolous pleading (re: 71-1). (68-1), DEF 1 motion to dismiss charges & indictment for lack of jurisdiction (71-1). |
| 80 - 1 | 05/12/00 | [Re: DEF 1] PLF 1 Supplement to trial brief. |
| 81 - 1 | 05/15/00 | [Re: DEF 1] PLF 1 reply to objection to R&R re: DEF 1 motion to dismiss charges & indictment for lack of jurisdiction (71-1). |
| 82 - 1 | 05/15/00 | PLF 1 motion for ruling on jury instructions as to the elements of offenses charged w/att prop instructions. |
| 83 - 1 | 05/15/00 | PLF 1 motion in limine for protective orders. |
| 84 - 1 | 05/15/00 | [Re: DEF 1] JWS Minute Order denying motion to dismiss charges & indictment for lack of jurisdiction (71-1); terminating in light of this order: motion to strike frivolous pleading (68-1).  cc: USA, K. Bretz, MJ Branson |
| 85 - 1 | 05/15/00 | DEF 1 motion in limine. |
| 86 - 1 | 05/16/00 | [Re: DEF 1] JWS Order modifying bail conditions to allow counsel to transport def to and from court during trial; other conditions unchanged. cc: USA, K. Bretz, PTS |
| 87 - 1 | 05/18/00 | [Re: DEF 1] JWS Court Minutes [ECR: Bonnie Boyer/Roy Van Hollebek] re TBJ - Jury Selection - day 1 (held 5/16/00); crt to reconvene 5/17/00 at 9:00 a.m.  w/atch jury panel record. |
| 88 - 1 | 05/18/00 | [Re: DEF 1] JWS Court Minutes [ECR: Bonnie Boyer] re FPTC (held 5/16/00); denying motion in limine (85-1); granting motion for ruling on jury instructions as to the elements of offenses charged (82-1); granting/denying motion in limine for protective orders (83-1). cc: USA, K. Bretz |
| 89 - 1 | 05/19/00 | [Re: DEF 1] JWS Court Minutes [ECR: Roy Van Hollebeke/Bonnie Boyer] re TBJ - Day 2 (held 5/17/00); crt to reconvene 5/18/00 at 9:00. |
| 90 - 1 | 05/22/00 | [Re: DEF 1] JWS Court Minutes [ECR: Roy Van Hollebeke/Linda Christnesen] re TBJ - Day 3 (held 5/18/00); crt to reconvene 5/19/00 at 9:00 a.m. |
| 91 - 1 | 05/22/00 | [Re: DEF 1] JWS Court Minutes [ECR: Roy Van Hollebeke] re TBJ - Day 4 (held 5/19/00); crt to reconvene 5/22/00 at 9:00 a.m. |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CRIMINAL DOCKET ENTRIES FOR CASE A99-0184--CR (JWS)
                              "USA V ROBERT JOHNSTON III"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 92 - 1 | 05/23/00 | [Re: DEF 1] JWS Court Minutes [ECR: Roy Van Hollebeke] re TBJ - Day 5 (held 5/22/00); mot for judg of acquittal at dkt 94 denied; crt to reconvene 5/23/00 at 10:00 a.m. |
| 93 - 1 | 05/23/00 | [Re: DEF 1] JWS Court Minutes [ECR: Roy Van Hollebeke] re TBJ - Day 6 (held 5/23/00); crt to reconvene 5/24/00 at 9:00 a.m. |
| 94 - 1 | 05/23/00 | DEF 1 motion for judgment of acquittal - Rule 29 w/att memo. |
| 95 - 1 | 05/25/00 | [Re: DEF 1] JWS Court Minutes [ECR: Roy Van Hollebeke] re TBJ - Day 7 (held 5/24/00); def found Guilty on cts 1-49; IOS set for 8/3/00 at 9:00 a.m.; def remanded to custody of USM. w/atch jury notes, witness & exhibit list. cc: USA, K. Bretz, USM, USPO, MJ Branson |
| 96 - 1 | 05/25/00 | [Re: DEF 1] Jury Instructions. |
| 97 - 1 | 05/25/00 | [Re: DEF 1] Verdict of GUILTY on cts 1-49. |
| 98 - 1 | 06/05/00 | DEF 1 motion (renewed) for judgment of acquittal - Rule 29. |
| 99 - 1 | 06/05/00 | DEF 1 motion for mistrial pursuant to rule 26.3. |
| 100 - 1 | 06/20/00 | [Re: DEF 1] PLF 1 Notice of opposition to DEF 1 motion (renewed) for judgment of acquittal - Rule 29. (98-1), DEF 1 motion for mistrial pursuant to rule 26.3 (99-1). |
| 100 - 2 | 06/20/00 | [Re: DEF 1] PLF 1 motion (request) for a 10 day enlargement of time to file supporting memo to oppo. |
| 100 - 3 | 06/21/00 | [Re: DEF 1] JWS Order granting motion (request) for a 10 day enlargement of time to file supporting memorandum to oppo to motions for mistrial & judgment of acquittal (100-2). cc: USA, K. Bretz |
| 101 - 1 | 07/05/00 | [Re: DEF 1] PLF 1 memos in support of oppos re: DEF 1 motion (renewed) for judgment of acquittal - Rule 29 (98-1) & DEF 1 motion for mistrial pursuant to rule 26.3 (99-1). |
| 102 - 1 | 07/10/00 | [Re: DEF 1] JWS Minute Order denying motion (renewed) for judgment of acquittal - Rule 29 (98-1), motion for mistrial pursuant to rule 26.3 (99-1). cc: USA, K. Bretz |
| 103 - 1 | 07/17/00 | DEF 1 motion to extend sentencing date & for enlargement of time of 45 days to file objs to PSR. |
| 104 - 1 | 07/18/00 | [Re: DEF 1] JWS Minute Order granting motion to extend sentencing date & for enlargement of time (103-1). Time for filing objections is etended by 11 days and time for imposition of sentence is continued from 8/3/00 to 8 a.m. on 8/16/00. cc: M. Rosenbaum, K. Bretz, USPO, USM, MJ Branson |
| 105 - 1 | 07/20/00 | [Re: DEF 1] PLF 1 motion to continue sentencing set for 08/16/00 until week of 08/21/00. |
| 105 - 2 | 07/21/00 | [Re: DEF 1] PLF 1 motion for shortened time re: 105-1. |
| 106 - 1 | 07/24/00 | [Re: DEF 1] JWS Order granting motion to continue sentencing set for 08/16/00 until week of 08/21/00. (105-1), motion for shortened time re: 105-1. (105-2); IOS to commence 8/28/00 at 11:00 a.m. cc: USA, K. Bretz, |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE A99-0184--CR (JWS)
                                  "USA V ROBERT JOHNSTON III"

                                       For all filing dates

 Document #    Filed       Docket text
 ----------    -----       -----------
                           USM, USPO

    107 -  1  07/28/00     DEF 1 Objections to Presentence Report.

    108 -  1  08/21/00     [Re: DEF 1] PLF 1 Sentencing Memorandum.

    109 -  1  08/28/00     DEF 1 Sentencing Memorandum.

    110 -  1  08/29/00     [Re: DEF 1] JWS Court Minutes [ECR: Roy Van Hollebeke] of IOS (held
                           8/25/00); def sentenced to 204 mos imprisonment; 3 yrs SR; $4,9000 SA;
                           def remanded to custody of USM.

    111 -  1  08/29/00     [Re: DEF 1] JWS Judgment found guilty on count(s)
                           1,2,3,4,5,6,7,8,9,10,11,12,13,14,15,16,17,18,19,20,21,22,23,24,25,26,27,
                           28,29,30,31,32,33,34,35,36,37,38,39,40,41,42,43,44,45,46,47,48,49 of the
                           Indictment (1-1), sentenced to 204 months;supervised release 36 months,
                           SA $4,900.00. cc: USA, R. Bretz, R. Johnston III (w/cnsl cy), USM, PO,
                           MJ Branson, FLU

   NOTE -  3  09/05/00     Issued: writ of execution re: DEF 1 on PFD.

    112 -  1  09/05/00     [Re: DEF 1] PLF 1 Application re: Writ of Execution re: DEF 1 on PFD.

   NOTE -  6  09/07/00     Transmittal: Forwarded notice of appeal (113-1) to 9CCA.

    113 -  1  09/07/00     DEF 1 appeal to 9CCA of (111-1) filed 08/29/00. cc: cnsl, Judge, 9CCA

    114 -  1  09/12/00     [Re: DEF 1] Cy 9CCA Time Schedule Order. (113-1) cc: cnsl, 9CCA (orig)

    115 -  1  09/28/00     [Re: DEF 1] Partial Transcript re: IOS held 8/28/00.

    116 -  1  09/28/00     DEF 1 motion for an extension of time of at least 30 day to order
                           transcript  re: appeal (113-1) w/att aff.

    117 -  1  10/18/00     USM Return of writ on PFD in amount of $1961.86 executed 09/12/00 w/att
                           exhs.

    118 -  1  10/18/00     [Re: DEF 1] JWS Order granting motion for an extension of time of at
                           least 30 day to order transcript (116-1). cc: USA, K. Bretz, ECR, Appeal
                           Clerk

    119 -  1  11/01/00     DEF 1 motion for extension of time of 30 days to order the trial
                           transcript w/att aff.

    120 -  1  11/07/00     DEF 1 Notice  of unvaliabilty of cnsl 11/8/00 through 11/23/00.

    121 -  1  11/09/00     [Re: DEF 1] PLF 1 motion to release attached PFD funds.

   NOTE -  4  11/28/00     Notation (re: Appeal): Receipt for 9CCA filing fee forwarded to 9CCA.

    122 -  1  11/29/00     [Re: DEF 1] JWS Order granting motion for extension of time of 30 days
                           to order the trial transcript (119-1).  The def has until 12/28/00.
                           This ddln has been previously extended.  It will not most likely be
                           extended again. cc: USA, K. Bretz, Appeals Clk

    123 -  1  11/30/00     [Re: DEF 1] JWS Order granting motion to release attached PFD funds.
                           (121-1). cc: USA, Finance
```

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A99-0184--CR (JWS)
                            "USA V ROBERT JOHNSTON III"

                              For all filing dates


 Document #    Filed     Docket text

    124 -  1   01/16/01  [Re: DEF 1] Copy of Order from 9CCA staying appeal until 02/23/01.
                         (113-1) cc: cnsl, ECR

    125 -  1   03/12/01  [Re: DEF 1] Copy of Order from 9CCA lifting stay of proceedings;
                         GRANTING appellant's mtn for extensin o time to designate & order
                         transcripts - to be ordered by 02/02/01; court recorder to file
                         transcripts by 05/02/01; setting new briefing schedule. (113-1) cc:
                         cnsl, ECR

    126 -  1   04/20/01  [Re: DEF 1] PLF 1 Application re: Writ of Execution on PFD.

   NOTE -  5   04/23/01  Issued: writ of execution re: DEF 1 on PFD.

    127 -  1   04/26/01  [Re: DEF 1] Copy of Order from 9CCA GRANTING appellant till 05/14/01 to
                         order transcripts; court reporter to file transcripts with USDC by
                         06/13/01; setting new briefing schedule. (113-1) cc: cnsl, ECR

    128 -  1   06/22/01  [Re: DEF 1] Cert Copy of Order from 9CCA denying def's mot to withdraw
                         as cnsl. (113-1) cc:cnsl (def cnsl w/CJA23), Judge Sedwick

    129 -  1   07/25/01  [Re: DEF 1] Partial Transcript re: IOS 8/28/00 re: notice of appeal
                         (113-1).

    130 -  1   10/10/01  USM Return of writ of garnishment re: DEF 1; exec 4/25/01.

    131 -  1   01/24/02  [Re: DEF 1] Partial Transcript re:TBJ Day 4 held 5/19/00. (located in
                         expando file)

    132 -  1   02/12/02  [Re: DEF 1] Copy of Order from 9CCA that motion to withdraw as retained
                         counsel is granted. W/in 28 days of this order, appellant shall:
                         1)retain cnsl 2) file a motion for appt of cnsl w/CJA 23 form, or 3)
                         inform crt in writing of appellant's intent to proceed pro se. New
                         briefing schedule shall be established upon compliance of this order.
                         Clerk to srv cpy of order on atty K. Bretz & appellant. (113-1) cc:cnsl,
                         R. Johnston, Judge Sedwick

    133 -  1   03/11/02  DEF 1 Notice of Defendant-Appellant appointment as Pro Se for appeal
                         (113-1).

    134 -  1   07/29/02  [Re: DEF 1] Copy of Order from 9CCA that R. Johnston to proceed pro se.
                         Appellant to designate reporter's transcript by 8/19/02, crt reporter to
                         file transcripts by 9/18/02. Appellant's opening brief is due 11/18/02.
                         Appellee's answering brief due 12/18/02. Appellant may move for leave to
                         proceed in forma pauperis by submitting a completed financial aff (CJA
                         form 23). (113-1) cc:cnsl, R. Johnston, Judge Sedwick

    135 -  1   09/30/03  [Re: DEF 1] Copy of Order from 9CCA; appellant's mot to proceed IP
                         denied due to failure to file financial affidavit.  Appellant's mot for
                         ext of time to file opening brief granted.  Opening brief now due
                         10/14/03; answering brief due 11/13/03; optional reply brief due 14 days
                         from svc of answering brief. (113-1) cc:cnsl

    136 -  1   08/02/04  [Re: DEF 1] Copy of Order from 9CCA (113-1) re: appellant's pro se req
                         for transcripts of 8/28/00 DC hearing and 6/18/02 9CCA hearing.
                         Appellant is informed that designation of DC transcripts should be filed
                         in the district court.  Pursuant to this court's 7/12/04 order,
                         designation of reporter's transcript are due to be filed in DC by

 ACRS: R_RDSDX              As of 12/27/05 at 09:10 AM by GARRY                        Page 9
```

Case 3:99-cr-00184-JWS    Document 150    Filed 12/15/1999    Page 15 of 15

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A99-0184--CR (JWS)
                             "USA V ROBERT JOHNSTON III"
```

For all filing dates

Document #   Filed       Docket text

```
                         8/2/04.  Briefing schedule established previously remains in effect.
                         Clerk shall send a cy of 6/18/02 9CCA hearing on appellant at:
                         Professional Paralegal Svcs, P.O. Box 3771, Palmer, AK  99645   cc:cnsl

   137 -   1   04/21/05  [Re: DEF 1] Copy of Order from 9CCA (113-1) that appellant's response to
                         crt's default order as a mot from relief from default. The mot is
                         granted.  Appellant's mot for extension of time is granted.  The
                         briefing schedule is as follows: designate the transcript 5/16/05.  The
                         transcript is due 6/15/05; opening brief due 7/25/05, answering brief
                         due 8/24/05 and reply brief due w/i 14 days after svc of answering
                         brief.  Failure timely to comply w/briefing schedule may result in the
                         dismissal of this appeal for failure to prosecute. cc: USA, R. Johnston,
                         Judge Sedwick

   138 -   1   05/19/05  DEF 1 motion (request) for leave to proceed in forma pauperis w/att
                         exhs.

   138 -   2   05/19/05  DEF 1 motion (request) for transcripts w/att exhs.

  NOTE -   7   06/17/05  Notation (re: Appeal): forwarded copy of USDC order at dkt # 139 to
                         9CCA.

   139 -   1   06/17/05  [Re: DEF 1] JWS Minute Order granting motion (request) for leave to
                         proceed in forma pauperis (138-1), motion (request) for transcripts
                         (138-2). cc: USA, R. Johnston, Appeals Clk, ECR, PSLC

  NOTE -   8   06/21/05  Notation (re: Appeal): sent to appellant excerpt of records.

  NOTE -   9   06/22/05  Notation (re: Appeal): forwarded a copy of dkt #140 to 9CCA.

   140 -   1   06/22/05  [Re: DEF 1] JWS Minute Order amending MO @ dkt 139: denying trans req
                         for voir dire, bail hearing, pre-trial proceedings & other; req for
                         testimony limited to testimony of wits @ trial; testimony @ bail rvw hrg
                         denied. cc: USA, R. Johnston, Appeals Clk, ECR, PSLC

   141 -   1   07/22/05  [Re: DEF 1] PLF 1 Application re: Writ of Execution on PFD.

  NOTE -  10   07/27/05  Issued: writ of execution re:DEF 1 on PFD>

   142 -   1   08/03/05  [Re: DEF 1] Transcript of FPTC (held 5/16/00).

   143 -   1   08/03/05  [Re: DEF 1] PARTIAL Transcript of TBJ-Day 1 (held 5/16/00).

   144 -   1   08/03/05  [Re: DEF 1] Transcript of TBJ-Day 2 (held 5/17/00).

   145 -   1   08/03/05  [Re: DEF 1] Transcript of TBJ-Day 3 (held 5/18/00).

   146 -   1   08/03/05  [Re: DEF 1] PARTIAL Transcript of TBJ-Day 4 (held 5/19/00).

   147 -   1   08/03/05  [Re: DEF 1] Transcript of TBJ-Day 5 (held 5/22/00).

   148 -   1   08/03/05  [Re: DEF 1] Transcript of TBJ-Day 6 (held 5/23/00).

   149 -   1   08/03/05  [Re: DEF 1] Transcript of TBJ-Day 7 (held 5/24/00).

   150 -   1   08/04/05  [Re: DEF 1] PARTIAL Transcript of IOS (held 8/28/00).
```