UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
MAY 26 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 00-30276 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-99-00184-JWS |
| v. | District of Alaska, Anchorage |
| ROBERT JOHNSTON, III, | |
| Defendant - Appellant. | ORDER |

RECEIVED
JUN 0 2 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Before: PREGERSON, TALLMAN and CALLAHAN, Circuit Judges.

This direct criminal appeal was filed in October 2000. Appellant was granted leave to proceed pro se and in forma pauperis on appeal in July 2002 and July 2004, respectively. After being granted numerous extensions of time to file the opening brief, on January 23, 2006, appellant was ordered to show cause why this appeal should not be dismissed for failure to file the opening brief. Appellant failed to file a response, and on February 27, 2006, appellant was provided one final opportunity to comply with the court's order to show cause and was ordered to file the opening brief by March 20, 2006. To date, appellant has not complied with the court's order.

Accordingly, this appeal is dismissed for failure to prosecute.

**DISMISSED.**

S:\MOATT\Panelord\5.24.06\orders\snr3\00-30276.wpd