UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

RECEIVED
JUN 2 2 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| UNITED STATES OF AMERICA, | No. 00-30276 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-99-00184-JWS |
| V. | |
| ROBERT JOHNSTON, III, | **JUDGMENT** |
| Defendant - Appellant. | |

Appeal from the United States District Court for the District of Alaska (Anchorage).

On consideration whereof, it is now here ordered and adjudged by this Court, that the appeal in this cause be, and hereby is **DISMISSED for failure to prosecute.**

Filed and entered 05/26/06



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
JUN 19 2006
by: 
Deputy Clerk