RECEIVED

JUN 0 4 2007

UNITED STATES COURT OF APPEALS

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

FOR THE NINTH CIRCUIT

FILED

MAY 3 0 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 00-30276 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-99-00184-JWS |
| v. | District of Alaska, Anchorage |
| ROBERT JOHNSTON, III, | ORDER |
| Defendant - Appellant. | |

Before: PREGERSON, TALLMAN and CALLAHAN, Circuit Judges.

Appellant's motion to reinstate the appeal is construed as including a motion to recall the mandate. So construed, the motion to recall the mandate and to reinstate the appeal is denied.

Appellant's motion for leave to file an overlength brief is denied as moot.

No further filings shall be accepted in this closed case.

Judge Pregerson dissents. He would recall the mandate and reinstate the appeal.

S:\MOATT\Panelord\5-07\snr\00-30276.wpd